No. 89–7171.   ISMAIL v. OLD KENT BANK & TRUST CO.   C. A. 6th Cir.   Certiorari denied.

No. 89–7177.   GAFFORD v. ESTELLE, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 89–7209.   DEMOS v. GARDNER ET AL.   C. A. 9th Cir. Certiorari denied.

No. 89–7256.   GREEN v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 89–7257.   GREEN v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 89–7288.   KEATON v. FREESTONE COUNTY, TEXAS, ET AL. C. A. 5th Cir.   Certiorari denied.

No. 89–7311.   SIMMONS v. HOLSEY TEMPLE CHRISTIAN METHODIST EPISCOPAL CHURCH ET AL.   Ct. App. Ga.   Certiorari denied.

No. 89–7316.   CLARK v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 89–7330.   MACKBEE v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–7331.   MIRANDA-HERNANDEZ v. UNITED STATES. C. A. 10th Cir.   Certiorari denied.

No. 89–7346.   TURNER v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–7351.   TERRELL v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–7352.   WESLEY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–7363.   McCABE v. CALLAHAN ET AL.   C. A. 8th Cir. Certiorari denied.

No. 89–1216.   PORT SHIP SERVICE, INC. v. NORTON LILLY & CO., INC.   C. A. 5th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 89–6264.   WHITE v. TEXAS.   Ct. Crim. App. Tex.;
No. 89–6814.   STEWART v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.;